UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| PAUL & MARILYN MILLER : | |
| Plaintiff : | 3:09CV1024 PCD |
| vs : | |
| JOANNE FAULKNER & TINA PACHECO : | |
| Defendant : | JUNE 24, 2009 |

## COMPLAINT

### FIRST COUNT

1. This is a claim pursuant to the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. Sec. 1692 et seq., the Connecticut Consumer Collection Agency Act, Conn. Gen. Stat Sec 36a-800 et seq., and the Connecticut Unfair Trade Practices Act ("CUTPA"), Conn. Gen. Stat. Sec 42-110a.

2. This Court has jurisdiction 15 U.S.C. Sec 1692k and 28 U.S.C. Sec 1331 and Sec 1367.

3. Plaintiff, Paul & Marilyn Miller, is a natural person, a married couple and a consumer within the FDCPA, who reside in Connecticut.

4. Defendant, Joanne Faulkner, is a practicing attorney, licensed by the State of Connecticut, acting like a consumer collection agency, whose principal practice in Connecticut is as a collection attorney and who regularly engages in collection of consumer debts from individuals.

5. Defendant, Tina Pacheco, who is acting like a consumer collection agency, within the laws of the State of Connecticut.

6. On March 26, 2009 at 11:45AM, the plaintiff received an email from the defendant, attempting to extort and coerce the plaintiff into payment, in violation of C.G.S. 53a-192 and U.S.C. 18-875 & 876.

7. On March 26, 2009, at 12:10PM, the plaintiff telephoned the defendant, leaving a message, requesting a return call to discuss the specifics of the email received.

8. On March 26, 2009 at 12:53PM, the plaintiff received an email from the defendant, furthering the extortionate and coercive attempt as listed in #4 above.

9. On March 26, 2009 at 1:05PM, the defendant emailed the defendant, making a second attempt to address the initial email, requesting specific allegations.

10. On March 26, 2009 at 1:07PM, the plaintiff received an email from the defendant, furthering the extortionate and coercive attempt as listed in #4 above.

11. On March 26, 2009 at 8:13PM, the plaintiff emailed the defendant, making a third attempt to address the initial email, requesting specific allegations.

12. On March 27, 2009 at 5:18AM, the plaintiff received an email from the defendant, furthering the extortionate and coercive attempt as listed in #4 above, and advancing the extortion and coercion by increasing the demand for payment.

13. On March 27, 2009 at 7:19AM, the plaintiff emailed the defendant, advising the defendant of our intention to prosecute for extortion and coercion.

14. On March 27, 2009 at 7:25AM, the plaintiff received an email from the defendant, furthering the extortionate and coercive attempt as listed in #4 above, and advancing the extortion and coercion, advising that suit will be filed.

15. On March 27, 2009 at 4:08PM, the plaintiff received an email from the defendant, furthering the extortionate and coercive attempt as listed in #4 above, and advancing the extortion and coercion, attaching a copy of the suit that was in fact filed.

16. Defendant collection efforts violated 15 U.S.C. Section 1692d et seq as follows:
    a. Using false, deceptive and misleading representations or means in connection with the collection of an alleged debt;
    b. Falsely representing the character, amount or legal status of an alleged debt;
    c. Using unfair means to collect or attempt to collect an alleged debt.

**SECOND COUNT**

17. The allegations of the first count are repeated and realleged.
18. Within three years prior to the date of this action, each defendant committed unfair or deceptive acts or practices in collection efforts within the meaning of the CCPA.

19. Within three years prior to the date of this action, each defendant committed unfair or deceptive acts or practices in collection efforts within the meaning of the CUTPA, causing ascertainable loss to the plaintiff.

WHEREFORE, THE PLAINTIFF RESPECTFULLY CLAIMS AS FOLLOWS:

1. Damages to be awarded by the Court, as permitted by law, including compensatory and $1,000 statutory damages under each of the FDCPA, CCPA and CUTPA.
2. Punitive Damages.
3. Costs of suit, including attorney fees.
4. Any and all relief that this tribunal deems necessary.

The Plaintiff,

*Marilyn Miller* (signature)

Paul & Marilyn Miller
1080 Mill Hill Terrace
Southport, CT 06890
203.254.7924Fax
Laforzallc@yahoo.com